# United States District Court
# Central District of California

| | |
|---|---|
| LARRY LEAVITT; DON SKREDE; RALPH WINDER,<br><br>               Plaintiffs,<br><br>      v.<br><br>INTERNATIONAL PAPER COMPANY; and DOES 1–50, inclusive,<br><br>               Defendants. | Case No. 2:14-cv-03706-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE RE. FAILURE TO FILE RULE 26(f) REPORT** |

On August 18, 2014, Defendant International Paper Company filed a Status Report in an effort to timely comply with Federal Rules of Civil Procedure 16 and 26(f). (ECF No. 12.) Plaintiffs Larry Leavitt, Don Skrede, and Ralph Winder did not join in the report as required. The Court will not permit lack cooperation among counsel in these early proceedings.

Accordingly, the Court **ORDERS** Plaintiffs to **SHOW CAUSE**, in writing, **no later than Thursday, August 21, 2014**, why they have failed to comply with Rules 16 and 26(f). The Court will consider this Order to Show Cause to be discharged upon the filing of a *joint* Rule 26(f) report. The Court will issue a scheduling order and the Scheduling Conference set for Monday, August 25, 2014,

will be vacated once a joint report is filed. Plaintiffs' failure to comply with this Order to Show Cause may result in monetary sanctions, dismissal of this action for lack of prosecution, or both.

**IT IS SO ORDERED.**

August 19, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**