O

# United States District Court
# Central District of California

| | |
|---|---|
| LARRY LEAVITT; DON SKREDE; and RALPH WINDER,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERNATIONAL PAPER COMPANY; DOES 1–50, inclusive,<br><br>    Defendants, | Case No. 2:14-cv-03706-ODW(VBKx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT [19]** |

Before the Court is Defendant International Paper Company's Motion for Leave to File Third Party Complaint. (ECF No. 19.) International Paper seeks to file a third party complaint against Yeghia Bekiarian, a former officer and fiduciary, of International Paper. The Motion is unopposed. (ECF No. 22.) The Court finds that International Paper's proposed Third Party Complaint is proper under Federal Rule of Civil Procedure 14. Accordingly, the Court **GRANTS** International Paper's Motion. (ECF No. 19.) International Paper **shall file** the Third Party Complaint against Bekiarian **within 7 days** of the date of this Order.

  **IT IS SO ORDERED.**

  November 12, 2014

            _____
            **OTIS D. WRIGHT, II**
          **UNITED STATES DISTRICT JUDGE**