JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEAVITT, DON SKREDE, and RALPH WINDER, individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL PAPER COMPANY, a New York Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants and Third Party Plaintiff,<br><br>    v.<br><br>YEGHIA BEKIARIAN,<br><br>    Third-Party Defendant. | Case No. 2:14-cv-03706-ODW (VBKx)<br><br>**ORDER RE DEFENDANT INTERNATIONAL PAPER COMPANY'S REQUEST FOR ATTORNEYS' FEES AND COSTS**<br><br>Complaint Filed: April 14, 2014<br><br>Trial Date: August 25, 2015 |

UPON REVIEW OF DEFENDANT INTERNATIONAL PAPER COMPANY'S REQUEST FOR ATTORNEYS' FEES AND COSTS, AND SUPPORTING DOCUMENTS, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. International Paper is awarded $2,951.00 in attorneys' fees and costs associated with defending Third Party Defendant Yeghia Bekiarian's ("Bekiarian") Motion to Dismiss the Third Party Complaint.

2. International Paper's costs and attorneys' fees in the amount of $2,951.00 shall be paid by Bekiarian's counsel of record.

**IT IS SO ORDERED.**

Dated: February 20, 2015     By: _____
                                                        The Honorable Otis D. Wright
                                                        U.S. District Court Judge

LA:377188.1